# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0127.  JOSEPH LEE SLAUGHTER v. THE STATE.**

Joseph Slaughter has filed a notice of direct appeal from the trial court's order denying his motion to recuse the judge in this case.  We lack jurisdiction.

Denials of motions to recuse are interlocutory in nature. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002).  "An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)." Id.  Slaughter's failure to comply with the necessary appellate procedure deprives us of jurisdiction over his appeal, which is hereby DISMISSED. See *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552, 553 (445 SE2d 345) (1994).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/24/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.